IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER FITZROY THOMAS AZILLE | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA COMMON PLEAS COURT-TRIAL DIVISION, et al. | : | NO. 13-5448 |

## ORDER

AND NOW, this 27th day of March 2014, having considered plaintiff's amended complaint (Document No. 4) and motion to proceed in forma pauperis, it is hereby ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is hereby GRANTED.

2. Plaintiff, Peter Azille, #1138093, shall pay the filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on plaintiff's financial statement, an initial partial filing fee of $2.90 is assessed. The Warden or other appropriate official at the Philadelphia Detention Center, where plaintiff is presently confined, or at any other correctional facility at which plaintiff may be confined, is directed to deduct $2.90 from plaintiff's prisoner account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-5448. Thereafter, until the full filing fee is paid, the Warden or other appropriate official at the Philadelphia Detention Center or at any prison at which plaintiff may be confined, shall deduct from plaintiff's account, each time that plaintiff's prisoner account exceeds $10, an amount no greater than 20 percent of the money credited to his account

during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 13-5448.

3. Plaintiff's claims against David Cross, Esq. and the Philadelphia Common Pleas Court-Trial Division are DISMISSED pursuant to 28 U.S.C. § 1915(e).

4. The amended complaint is to be filed against the remaining defendants, the summonses are to issue, service of the summons and complaint is to be made upon the defendants by the U.S. Marshals Service.

5. All original pleadings and other papers submitted for consideration to the Court in this case are to be filed with the Clerk of this Court. Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting pro se). Service may be by mail. Proof that service has been made is provided by a certificate of service. This certificate should be filed in the case along with the original papers and should show the day and manner of service. An example of a certificate of service by mail follows:

> "I,    (name)   , do hereby certify that a true and correct copy of the foregoing (name of pleading or other paper) has been served upon (name(s) of person(s) served) by placing the same in the U.S. Mail, properly addressed, this (date) day of   (month)  , (year).
>
> _____

(Signature)"

If any pleading or other paper submitted for filing does not include a certificate of service upon the opposing party or counsel for opposing party, it may be disregarded by the Court.

    6.   Any request for court action shall be set forth in a motion, properly filed and served. The parties shall file all motions, including proof of service upon opposing parties, with the Clerk of Court. The Federal Rules of Civil Procedure and local rules are to be followed. Plaintiff is specifically directed to comply with Local Civil Rule 7.1 and serve and file a proper response to all motions within fourteen (14) days. Failure to do so may result in dismissal of this action.

    7.   Plaintiff is specifically directed to comply with Local Rule 26.1(f) which provides that "[n]o motion or other application pursuant to the Federal Rules of Civil Procedure governing discovery or pursuant to this rule shall be made unless it contains a certification of counsel that the parties, after reasonable effort, are unable to resolve the dispute." Plaintiff shall attempt to resolve any discovery disputes by contacting defendant's counsel directly by telephone or through correspondence.

    8.   No direct communication is to take place with the District Judge or United States Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk of Court.

    9.   In the event a summons is returned unexecuted, it is plaintiff's responsibility to ask the Clerk of the Court to issue

an alias summons and to provide the Clerk of Court with the defendant's correct address, so that service can be made.

10. The parties should notify the Clerk of Court's Office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.

11. The Clerk of Court is directed to send a copy of this order to the Warden of the Philadelphia Detention Center.

**BY THE COURT:**

_____
JOEL H. SLOMSKY, J.