IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER FITZROY THOMAS AZILLE,<br><br>          Plaintiff,<br><br>   v.<br><br>COMMONWEALTH OF PENNSYLVANIA, et al.,<br><br>          Defendants. | CIVIL ACTION<br><br>NO. 13-5448 |

### ORDER

**AND NOW**, this 4th day of December 2014, upon consideration of Plaintiff's Amended Complaint (Doc. No. 4), Defendants' Answer to the Amended Complaint (Doc. No. 16), Defendants' Motion to Dismiss for Failure to Prosecute (Doc. No. 23), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 23) is **GRANTED**. The Clerk of Court is **ORDERED** to close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.